IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN OMOILE § | |
| § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:22-CV-02638-X |
| § | |
| § | |
| GODWIN EMEFIELE § | |
| § | |
| § | |
| Defendant. § | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, John Omoile, by and through counsel, respectfully requests a fourteen (14) day extension of time to file its responsive pleading(s) to Defendant's Motion to Dismiss filed on December 23, 2022. Defendant is unopposed. In support of the motion, Plaintiff states as follows:

1. On December 23, 2022, Defendant filed its Motion to Dismiss.

2. Plaintiff seeks an additional fourteen (14) days to respond to the Motion to Dismiss in order analyze and prepare the evidence and file the appropriate response to Defendant's Motion.

4. Defendant does not oppose the Motion and has agreed to the extension of time for the response. The response is requested to be due to be filed pursuant the Federal Rules no later than January 27, 2023.

Respectfully Submitted,

/s/ Donald M. Kaiser Jr.

KAISER LEGAL SOLUTIONS, PLLC
Donald M. Kaiser, Jr.
Texas State Bar No. 24025466
DKaiser@AttorneysForBusiness.com

5440 Harvest Hill Rd.
Suite 201
Dallas, Texas 75203
Telephone:    (214) 441-3000
Fax:          (214) 441-3001

**CERTIFICATE OF CONFERENCE**

On January 11, 2023, the undersigned counsel for Plaintiff conferred with counsel for the Defendant, Zino Magbegor, regarding the extension of time to file Plaintiff's responsive pleading to the Motion to Dismiss. Plaintiff's counsel provided Ms. Magbegor with a draft of this Motion. Ms. Magbegor stated that she is unopposed to the Motion to Enlarge Time.

/s/ Donald M. Kaiser Jr.
Donald M. Kaiser Jr.