UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN OMOILE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-2638-X |
| | § | |
| GODWIN EMEFIELE, | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is the Plaintiff John Omoile's Unopposed Request for a Status Conference. (Doc. 47.) The Court is sympathetic to the parties' desire to confer and discuss the status of this case. But the Court is amid a slew of criminal and civil trials that it cannot move. Unlike Denny's, this Court is not always available. Moreover, the parties are free to meet and confer with one another without judicial supervision. Accordingly, the Court **DENIES** the motion and **ORDERS** the parties to meet and confer and file a status report with the Court within forty-five (45 days) of the issuance of this order.

**IT IS SO ORDERED** this 21st day of April, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1